Battle, J.
 

 We approve of the decision of his Honor in the Court below upon all the questions raised by the defendant’s objections to the plaintiff’s recovery ; and very much for the reasons assigned by him. The only means by which the defendant could resist the title acquired by the plaintiff under the deed in trust, were to show that Weathers, the grantor in that deed, had acted as the plaintiff’s agent in making the sale to him, or that the legal title to the slaves in question had revested in the said grantor, by the payment of all the debts mentioned in the deed in trust at the time the sale was made. None of the circumstances relied upon by the defendant to show the agency of Weathers, were sufficient to be left to the jury for that purpose, and the entry endorsed by the plaintiff on the deed in trust adverted to, for the purpose of proving that the debts therein had been fully paid, was made
 
 after
 
 the sale by Weathers to the defendant. It did not,
 
 therefore, of
 
 itself, afford any evidence that the said debts had, at the time of such sale, been fully paid off and discharged ; and the other circumstances of the case
 
 rather
 
 repelled than supported such an inference. But it is contended by the defendant’s counsel, that the plaintiff knew of the design of Weathers to sell
 
 the
 
 slaves and did not object, and that this was such an approval as to make the act his own; and for this proposition the case of
 
 Lentz
 
 v.
 
 Chambers,
 
 5 Ire. Rep. 587, is cited and relied upon. Had not the plaintiff expressly declined to give Weathers authority to sell the slaves, and had he been present at the sale, there might be much force in the argument; but we cannot infer an agency from the circumstances deposed to by Weathers, and the absence of the plaintiff at the time of the sale prevents the applicability of the principle established by tbe cases of
 
 Byrd
 
 v.
 
 Benton, 2
 
 Dev. Rep. 179, and
 
 Lentz
 
 v.
 
 Chambers,
 
 above referred to. Besides this, the case of
 
 West
 
 v.
 
 Tilghman,
 
 9 Ire. Rep.
 
 *449
 
 163, is a direct authority to show that his title to the slaves was not divested by what occurred between him and Weathers.
 

 Pee. -Curiam. Judgment affirmed.